

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| vs. ) | |
| ) | **4:22CR00347 CDP/SPM** |
| ANTONIO HARRIS, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 16, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**ANTONIO HARRIS,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT TWO

The Grand Jury further charges that:

On or about February 16, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**ANTONIO HARRIS,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime

which may be prosecuted in a court of the United States, that is, to possess with the intent to distribute a mixture or substance containing a detectable amount of fentanyl, as set forth in Count One.

In violation of Title 18, United States Code, 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

The Grand Jury further charges that:

On or about February 16, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**ANTONIO HARRIS,**

Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924(a)(2).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
MATTHEW A. MARTIN, #64000MO
Assistant United States Attorney